IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURTIS HINTON,** : | **CIVIL ACTION NO. 1:23-CV-1084** |
|  :  | |
| Petitioner  : | (Judge Conner) |
|  :  | |
| v.  : | |
|  :  | |
| **WARDEN BARRAZA,**  : | |
|  :  | |
| Respondent  : | |

## ORDER

AND NOW, this 19th day of September, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
